LAURENCE F. PADWAY (State Bar No. 89314)
lpadway@padway.com
**LAW OFFICES OF LAURENCE F. PADWAY**
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone:    (510) 814-6100
Facsimile:    (510) 814-0650

Attorneys for Plaintiff,
JOHN BONIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E. BONIN,<br><br>             Plaintiff,<br><br>     v.<br><br>PROVIDENT LIFE AND ACCIDENT COMPANY, and DOES 1 - 20, inclusive,<br>             Defendant. | Case No. 2:14-cv-00331-WBS-AC<br><br>**REQUEST FOR DISMISSAL AND ORDER**<br><br>Hon. William B. Shubb<br><br>Complaint filed:  February 3, 2014 |

Plaintiff, John Bonin, hereby requests that the above action be dismissed without prejudice.

DATED:  February 10, 2014          LAW OFFICES OF LAURENCE F. PADWAY

                                   By: */s/ Laurence F. Padway*
                                   Laurence F. Padway
                                   Attorneys for Plaintiff,
                                   John Bonin

REQUEST FOR DISMISSAL AND [PROPOSED] ORDER                    CASE NO. 2:14-CV-00331-WBS-AC

ORDER

Pursuant to Plaintiff's request, the above named action is hereby dismissed without prejudice.

Dated:  February 10, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE